**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7161**

———————

RONALD WALLACE HARRIS,

Plaintiff - Appellant,

versus

J. IBARRA, Physician; P. A. TERRANGI, Warden;
INDIAN CREEK CORRECTIONAL CENTER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-99-507-AM)

———————

Submitted:  December 14, 1999      Decided:  December 30, 1999

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald Wallace Harris, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Harris appeals the district court's order dismissing his civil action without prejudice for failure to comply with a court order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Harris v. Ibarra, No. CA-99-507-AM (E.D. Va. Aug. 11, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2